```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 18288
   ARCADIO GUTIERREZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9718
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/05/07 and confirmed on 01/23/08.

2. The case was dismissed after confirmation, 06/20/2008.

3. The Debtor paid a total of $ 9200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | 5966.40 | .00 | 5966.40 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| REMINGTON LAKES HOA | SECURED | 961.00 | .00 | 700.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 13180.20 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 386.93 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CARDINAL CARTRIDGE INC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 443.32 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 542.10 | .00 | .00 |
| EBI LP | UNSECURED | NOT FILED | .00 | .00 |
| ESSINGTON PODIATRY GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HERALD NEWS | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLIGHTS FOR CHILDREN | UNSECURED | NOT FILED | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1718.15 | .00 | .00 |
| MONITRONICS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HAND CARE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PITNEY BOWES | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHCARE REVENUE MANAG | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

```
RH DONNELLEY              UNSECURED     NOT FILED           .00          .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED           .00          .00
WILL COUNTY HEALTH C U    UNSECURED     NOT FILED           .00          .00
ILLINOIS DEPT REVENUE     PRIORITY        3635.16           .00          .00
ILLINOIS DEPT REVENUE     UNSECURED        532.65           .00          .00
COLLECTION PROFESSIONALS  UNSECURED        150.00           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       9991.15           .00          .00
        Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6927.40    16815.36    13764.30         .00    37507.06
PRINCIPAL PAID      6666.40         .00         .00         .00     6666.40
INTEREST PAID            .00        .00         .00         .00          .00
TOTAL PAID          6666.40         .00         .00         .00     6666.40
```

The Debtor's attorney, JOSEPH WROBEL ESQ         , was allowed $   3500.00
and was paid $   1500.00  direct and $   2000.00  through the plan.

The Trustee received $    533.60 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/10/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                                  PAGE   2
          CASE NO. 07 B 18288 ARCADIO GUTIERREZ